United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.K. WADE, | No. C 06-04828 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| UNITED STATES, et al., | |
| Defendants. / | |

This case is one of eight lawsuits brought by Plaintiff that have been related and assigned to this Court. Of these eight lawsuits, four are still active, including this one.

Following a hearing on November 17, 2006, this Court terminated all pending motions in this case, including Defendant's motion to dismiss and Plaintiff's motion for summary judgment. The Court hereby grants leave to the government to refile its motion to dismiss not later than Friday, December 22, 2006. Plaintiff shall file his opposition to the motion to dismiss not later than Friday, January 19, 2007. The government shall file its reply, if necessary, not later than Friday, January 26, 2007.

**IT IS SO ORDERED.**

Dated: December 14, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\4828\order2.wpd